UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MITCHELL TODD GARDNER, II

COMMITMENT
TO ANOTHER DISTRICT

CASE NO. 8:21-MJ-1613-TGW

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute(s)** | **Charging District** |
| Complaint | 18 U.S.C. 1361; 18 U.S.C 1512(c)(2); 18 U.S.C. 1752(a)(1),(2); 40 U.S.C. 5104(e)(2)(D), (G) | District of Columbia Case No. 1:21-mj-488 |

**Description:** Destruction of government property; obstruction of official proceeding; disruptive conduct with intent to disrupt government business, etc.

## PROCEEDINGS

**CURRENT BOND STATUS:**
[ ]   Government moved for detention and defendant detained after hearing in district of arrest
[X]   Government moved for detention and defendant detained pending detention hearing in district of offense
[ ]   Other:

**COUNSEL:**   [X] Retained Own Counsel   [ ] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**INTERPRETER:**   [X] No   [ ] Yes   Language:

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **MITCHELL TODD GARDNER, II,** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and thereafter deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JUNE 29, 2021

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |